No. 1359, Misc., October Term, 1962. WHITE v. UNITED STATES, 374 U. S. 848;

No. 1377, Misc., October Term, 1962. WOLFE v. NASH, WARDEN, 374 U. S. 817;

No. 1421, Misc., October Term, 1962. WEISS v. HUNNA, 374 U. S. 853;

No. 1427, Misc., October Term, 1962. BLACK v. BETO, CORRECTIONS DIRECTOR, 374 U. S. 822;

No. 1434, Misc., October Term, 1962. LEWIS v. NEW YORK, 374 U. S. 854;

No. 1437, Misc., October Term, 1962. REED v. PATE, WARDEN, 374 U. S. 854;

No. 1448, Misc., October Term, 1962. IN RE WILSON, 374 U. S. 801;

No. 1467, Misc., October Term, 1962. MILLER v. GUTHRIE, 374 U. S. 855; and

No. 1474, Misc., October Term, 1962. IN RE WILSON, 374 U. S. 822. Petitions for rehearing denied.

No. 331, Misc., October Term, 1962. REICKAUER v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT, 371 U. S. 866;

No. 590, Misc., October Term, 1962. MONT v. UNITED STATES, 371 U. S. 935;

No. 1133, Misc., October Term, 1962. GILL v. UNITED STATES, 373 U. S. 944; and

No. 1212, Misc., October Term, 1962. BROWNE v. UNITED STATES, 374 U. S. 814. Motions for leave to file petitions for rehearing denied.

No. 1256, Misc., October Term, 1962. SCARBECK v. UNITED STATES, 374 U. S. 856; and

No. 1322, Misc., October Term, 1962. COLLINS v. UNITED STATES, 374 U. S. 857. Petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions.